IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: PROCTER & GAMBLE COMPANY PROTECT GROW AND RESTORE MARKETING AND SALES PRACTICES LITIGATION, | : : : : : : | Case No. 2:25-md-3157<br>Judge Douglas R. Cole<br>Magistrate Judge Elizabeth P. Deavers |

## ORDER

The undersigned hereby recuses herself from the above-styled case.  The Clerk is **DIRECTED** to redraw the case for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: August 8, 2025                  /s/ *Elizabeth A. Preston Deavers*
                                      ELIZABETH A. PRESTON DEAVERS
                                      UNITED STATES MAGISTRATE JUDGE