**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY "PROTECT, GROW, AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:25-md-03157-DRC-KAJ<br><br>Judge Douglas R. Cole<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT STATUS REPORT REGARDING DISCOVERY AND CASE STATUS**

Plaintiffs Breanne Maggio, Kevin McCarthy, Melissa Lowry, Adam Alzaidi, Melissa Cuevas, Pamela Giarrizzo, Carole Grant, Cynthia Meuse, Latronya Williams, Lisa Kopecki, Michael Dunn, Patricia Dean, Catherine DuPont, Teretta Willis, Sharon Beck, Dawn Van der Steeg, Kelley Rivers, Ernest Easter, Jubin Kwon, Angela Bryant, Gia Pascarelli, Shannon Weisman, Stuart Bergman, Brian Hymas, Trisha Nadeau, Leslie Sullivan, Robert Trepper, Eric Lemons, Sr., Rebekah Klemm, and Natalia Stork ("Plaintiffs"), by and through their counsel, and The Procter & Gamble Company ("P&G" or "Defendant") (together with Plaintiffs, the "Parties"), by and through its counsel, have met and conferred and provide the Court with a joint status report:

**A. Recent Filings**

Plaintiffs filed their unopposed Motion for Appointment of Interim Class Counsel on October 13, 2025. ECF No. 17. This motion is currently pending.

On January 26, 2026, P&G filed its reply briefs in support of its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, ECF No. 18, and its Request for Judicial Notice in support of its Motion to Dismiss, ECF No. 20. These motions are currently pending.

**B. Discovery Status Update**

The Court issued the operative scheduling order on November 11, 2025. ECF No. 22. Under that schedule, no discovery deadlines fell in the month of January.

**C. Mediator Identification**

The Parties have selected Daniel Mordarski to serve as mediator in this litigation.

Dated this 30th day of January, 2026.

By: /s/ Terence R. Coates
Terence R. Coates (0085579)
*Trial Counsel*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 6651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Steve W. Berman (admitted *pro hac vice*)
Catherine Y.N. Gannon (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

Rebecca A Peterson (admitted *pro hac vice*)
Catherine A. Peterson
Krista Freier
**GEORGE FELDMAN MCDONALD PLLC**
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Tel: (612) 778-9595
Fax: (888) 421-4173
rpeterson@4-justice.com
cpeterson@4-justice.com
kfreier@4-justice.com

Kim E. Richman (admitted *pro hac vice*)
Dawson J. Vandervort (admitted *pro hac vice*)
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (212) 687-8291
krichman@richmanlawpolicy.com
dvandervort@richmanlawpolicy.com

*Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/ David J. Lender
David J. Lender (admitted *pro hac vice*)
Aaron J. Curtis (admitted *pro hac vice*)
Elaina K. Aquila (admitted *pro hac vice*)
**WEIL GOTSHAL & MANGES**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8901
aaron.curtis@weil.com
david.lender@weil.com
elaina.aquila@weil.com

David R. Singh (admitted *pro hac vice*)
**WEIL GOTSHAL & MANGES**
201 Redwood Shores Pkwy # 400 Redwood City, CA 94065
david.singh@weil.com

Elizabeth P. Kessler (61730)
*Trial Counsel*
**JONES DAY**
325 John H. McConnell Blvd, Suite 600
Columbus, OH 43215
Tel: (614) 281-3852
ekessler@jonesday.com

*Counsel for Defendant*
*The Procter & Gamble Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, the foregoing was served upon all parties through their counsel of record by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

*/s/ Terence R. Coates*
Terence R. Coates, Esq.