**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  PROCTER & GAMBLE COMPANY "PROTECT, GROW, AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | No. 2:25-MD-03157-DRC-KAJ<br><br>Honorable Douglas R. Cole<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT MOTION TO EXTEND DEADLINE TO FILE PROPOSED ESI ORDER**
**AND PROPOSED PROTECTIVE ORDER**

Plaintiffs Breanne Maggio, Kevin McCarthy, Melissa Lowry, Adam Alzaidi, Melissa Cuevas, Pamela Giarrizzo, Carole Grant, Cynthia Meuse, Latronya Williams, Lisa Kopecki, Michael Dunn, Patricia Dean, Catherine Dupont, Teretta Willis, Sharon Beck, Dawn Van Der Steeg, Kelley Rivers, Ernest Easter, Jubin Kwon, Angela Bryant, Gia Pascarelli, Shannon Weisman, Stuart Bergman, Brian Hymas, Trisha Nadeau, Leslie Sullivan, Robert Trepper, Eric Lemons, Sr., Rebekah Klemm, and Natalia Stork ("Plaintiffs") and The Procter & Gamble Company ("P&G") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a two-week extension of the deadline to file the Parties' proposed ESI Order and proposed Protective Order, from May 15, 2026 to May 29, 2026.

Pursuant to S.D. Ohio Civ. R. 7.3(a), counsel for the Parties have conferred regarding the requested extension, and this Motion is unopposed.

## MEMORANDUM IN SUPPORT

Pursuant to the Court's Scheduling Order entered on November 5, 2025, the Parties are currently required to file a proposed ESI Order and proposed Protective Order by May 15, 2026. Dkt. 22.

The Parties have been meeting and conferring regarding the terms of the proposed ESI Order and Protective Order. However, the Parties require additional time to continue negotiations and finalize the proposed orders for submission to the Court. The Parties submit that a brief extension of the current deadline is necessary to allow the Parties to negotiate the proposed ESI Order and proposed Protective Order.

Good cause exists for the requested extension because the additional time will facilitate the Parties' efforts to submit comprehensive and streamlined proposed orders and may avoid unnecessary disputes requiring Court intervention. The requested extension is modest, sought in good faith, and will not affect any other deadlines currently set by the Court.

Accordingly, the Parties respectfully request that the Court extend the deadline to file the proposed ESI Order and proposed Protective Order by two weeks, from May 15, 2026 to May 29, 2026.

Respectfully submitted,

| | |
|---|---|
| */s/ Terence R. Coates* | */s/ David J. Lender* |
| Terence R. Coates (0085579) <br> MARKOVITS, STOCK & DEMARCO, LLC <br> 119 E. Court Street, Suite 530 <br> Cincinnati, OH 45202 Tel: (513) 6651-3700 Fax: (513) 665-0219 <br> tcoates@msdlegal.com | Elizabeth P. Kessler (0061730) <br> *Trial Counsel* <br> JONES DAY <br> 325 John H. McConnell Blvd., Suite 600 <br> Columbus, OH 43215 <br> Phone: (614) 281-3852 <br> Email: ekessler@jonesday.com |
| Steve W. Berman (admitted *pro hac vice*) <br> Catherine Y.N. Gannon (admitted *pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Tel: (206) 623-7292 <br> steve@hbsslaw.com <br> catherineg@hbsslaw.com | David J. Lender (admitted *pro hac vice*) <br> Aaron J. Curtis (admitted *pro hac vice*) <br> Elaina K. Aquila (admitted *pro hac vice*) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Phone: (212) 310-8000 <br> Email: david.lender@weil.com <br> aaron.curtis@weil.com <br> elaina.aquila@weil.com |
| Rebecca A Peterson (admitted *pro hac vice*) <br> Catherine A. Peterson | David R. Singh (admitted *pro hac vice*) <br> WEIL, GOTSHAL & MANGES LLP <br> 201 Redwood Shores Parkway |

Krista Freier
GEORGE FELDMAN MCDONALD
PLLC
1650 W 82nd Street, Suite 880
Bloomington, MN 55431

Redwood Shores, CA 94065
Phone: (650) 802-3000
Email: david.singh@weil.com

*Attorneys for Defendant*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all parties of record.

 */s/ David J. Lender*
   David J. Lender

## **[PROPOSED] ORDER**

The Court, having reviewed the Parties' Joint Motion to Extend Deadline to File Proposed ESI Order and Proposed Protective Order, and for good cause shown, hereby GRANTS the Motion.

The deadline for the Parties to file the proposed ESI Order and proposed Protective Order is extended from May 15, 2026 to May 29, 2026.

**IT IS SO ORDERED.**

DATED: _____          _____

Hon. Kimberly A. Jolson
United States Magistrate Judge