**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY "PROTECT, GROW, AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:25-md-03157-DRC-KAJ<br>Judge Douglas R. Cole<br>Magistrate Judge Kimberly A. Jolson |

**JOINT STATUS REPORT REGARDING DISCOVERY**

Pursuant to the Court's June 15, 2026 Order (ECF No. 51), Plaintiffs and the Procter & Gamble Company ("P&G") continue discussions on refining a scope of agreement as to the use of technology assisted review and generative artificial intelligence in the review of documents, the collection of hyperlinked documents, as well as the identity and number of custodians.

More specifically, the Parties met and conferred on August 26, 2026, to discuss additional custodians and a preliminary list of proposed search terms. Plaintiffs sent P&G a letter with supplemental information regarding their list of proposed custodians on September 9, 2026. The Parties have also agreed to meet and confer on September 17, 2026, to discuss the electronic search and collection practices at P&G, so as to inform more meaningful discussions related to the production of hyperlinks, interim drafts, and the possibility of using technology assisted review or generative artificial intelligence in the review of documents.

The Parties anticipate providing the Court with the next update on discovery activities on October 12, 2026.

Dated this 15th day of September, 2026

By: */s/ Terence R. Coates*
Terence R. Coates
*Trial Counsel*
**MARKOVITS, STOCK & DEMARCO, LLC**

Respectfully submitted,

By: */s/ Elizabeth P. Kessler*
Elizabeth P. Kessler
*Trial Counsel*
**JONES DAY**

119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 6651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Steve W. Berman (admitted *pro hac vice*)
Catherine Y.N. Gannon (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

Rebecca A Peterson (admitted *pro hac vice*)
Catherine A. Peterson
Krista Freier
**GEORGE FELDMAN MCDONALD PLLC**
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Tel: (612) 778-9595
Fax: (888) 421-4173
rpeterson@4-justice.com
cpeterson@4-justice.com
kfreier@4-justice.com

Kim E. Richman (admitted *pro hac vice*)
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (212) 687-8291
krichman@richmanlawpolicy.com

*Counsel for Plaintiffs*

325 John H. McConnell Blvd, Suite 600
Columbus, OH 43215
Tel: (614) 281-3852
ekessler@jonesday.com

David J. Lender (admitted *pro hac vice*)
Aaron J. Curtis (admitted *pro hac vice*)
Elaina K. Aquila (admitted *pro hac vice*)
**WEIL GOTSHAL & MANGES**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8901
david.lender@weil.com
aaron.curtis@weil.com
elaina.aquila@weil.com

David R. Singh (admitted *pro hac vice*)
**WEIL GOTSHAL & MANGES**
201 Redwood Shores Pkwy # 400
Redwood City, CA 94065
david.singh@weil.com

*Counsel for Defendant*
*The Procter & Gamble Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, the foregoing was served upon all parties through their counsel of record by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)